Nos. 958 and 959. PFISTER *v.* NORTHERN ILLINOIS FINANCE CORP. ET AL. March 30, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Elmer McClain* for petitioner. *Mr. John K. Newhall* for respondents.

No. 979. WILLIAMS ET AL. *v.* NORTH CAROLINA. March 30, 1942. Petition for writ of certiorari to the Supreme Court of North Carolina granted. *Mr. W. H. Strickland* for petitioners. *Messrs. Harry McMullan,* Attorney General of North Carolina, and *T. W. Bruton,* Assistant Attorney General, for respondent.

No. 980. RIGGS, SPECIAL GUARDIAN, *v.* DEL DRAGO ET AL. March 30, 1942. Petition for writ of certiorari to the Surrogate's Court, New York County, New York, granted. *Messrs. John W. Davis* and *Otis T. Bradley* for petitioner. *Messrs. Henry Cohen* and *Ludwig M. Wilson* for Giovanni Del Drago et al., and *Messrs. Joseph C. Thomson* and *Littleton Fox* for Byron Clark, Jr., Executor, respondents. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Henry Epstein,* Solicitor General, filed a brief on behalf of the State of New York, as *amicus curiae,* in support of the petition.

No. 964. WASHINGTON TERMINAL CO. *v.* BOSWELL ET AL. March 30, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. In view of the act of August 24, 1937 (c. 754, 50 Stat. 751), the Court hereby certifies to the Attorney General of the United States that the constitutionality of the Railway